This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38711

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**ALAN EMAMDEE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Lyndy D. Bennett, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Charles J. Gutierrez, Assistant Attorney General
Albuquerque, NM

for Appellant

Arlon L. Stoker, Jr.
Farmington, NM

Law Office of Mark A. Curnutt, LLC
Mark A. Curnutt
Farmington, NM

for Appellee

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** The State appealed an evidentiary ruling. We previously issued a notice of proposed summary disposition in which we proposed to affirm. The State has filed a response indicating that it will not be filing a memorandum in opposition,

**{2}** Accordingly, for the reasons previously stated, we affirm.

**{3}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**